# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

**Civil Case Number: 2:23-cv-14024-JEM**

| | |
|---|---|
| Wesley Todd, | : |
| Plaintiff, | : |
| v. | : |
| T-Mobile USA, Inc., | : |
| Defendant. | : |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: March 31, 2023

    Respectfully submitted,

    PLAINTIFF, Wesley Todd

    /s/ Sergei Lemberg

    Sergei Lemberg, Esq.
    FL Bar No.: 1026228
    LEMBERG LAW, L.L.C.
    11555 Heron Bay Boulevard, Suite 200
    Coral Springs, FL 33076
    Telephone: (203) 653-2250
    Facsimile:  (203) 653-3424
    E-mail: slemberg@lemberglaw.com

## **CERTIFICATE OF SERVICE**

       I hereby certify that on March 31, 2023, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Southern District of Florida Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                               By /s/ Sergei Lemberg

                                    Sergei Lemberg